# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SYNERGY TECH & DESIGN INC d/b/a
ROAD ARMOR

        Plaintiff(s),

v.

JIM TERRY, and individual, et al.

        Defendant(s).

CASE NO. 06-2073 JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)*   Mediation, JAMS

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline   180 days from the date of the order referring the case to an ADR

Dated: 7/7/2006

Dated: 7/7/2006

Attorney for Plaintiff

Attorney for Defendant **SANDY TERRY**
Jim Terry and Counter-Plaintiffs
Jim and Dixie Meekins and
JD Distributing

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   180 days from ADR order

IT IS SO ORDERED.

Dated: __July 14, 2006__

_____/s/ Jeffrey S. White_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT