1  Inge Larish Esq. (WSBA No. 34,954) (Admitted *Pro Hac Vice)*
2  IngeL@SeedIP.com
   Kevin S. Costanza, Esq. (WSBA No. 25153) (Admitted *Pro Hac Vice)*
3  KevinC@SeedIP.com
   SEED IP LAW GROUP PLLC
4  701 Fifth Avenue, Suite 6300
   Seattle, WA  98104-7092
5  Telephone:  (206) 622-4900
   Facsimile:  (206) 682-6031

6  Kimberly E. Colwell, Esq. (SBN: 127604)
   kcolwell@meyersnave.com
7  Jennifer C. Addams, Esq. (SBN: 209355)
   jaddams@meyersnave.com
8  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
9  Oakland, CA  94607
   Telephone: (510) 808-2000
10 Facsimile:  (510) 444-1108

11 Attorneys for Plaintiff/Counterdefendant
   SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR

12
                   UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14

15 | SYNERGY TECH & DESIGN INC d/b/a ROAD | ) | Case No:  C06 02073 (JSW) |
   ARMOR, a Washington corporation,        )
16                                          )
                  Plaintiff,                )
17 v.                                       )   **STIPULATION FOR EXTENSION OF**
                                            )   **THE EXCHANGE OF INITIAL**
                                            )   **DISCLOSURES AND [PROPOSED]**
18 JIM TERRY, an individual, SANDY TERRY, an )  **ORDER**
   individual, JIM MEEKINS, an individual, DIXIE )
19 MEEKINS, an individual, JD DISTRIBUTING, a )
   California corporation, and ROAD ARMOR   )
20 USA, a California partnership,           )
                                            )
21                Defendants.               )
   _____ )
22 JIM TERRY, SANDY TERRY, DIXIE           )
   MEEKINS, JIM MEEKINS, JD                 )
23 DISTRIBUTING,                            )
                                            )
24                Counterclaimants,         )
                                            )
25 vs.                                      )
                                            )
26 SYNERGY TECH & DESIGN, INC. DBA:        )
   ROAD ARMOR,                              )
27                                          )
                  Counterdefendant.         )
                                            )

**Stipulation for Extension of the Exchange of Initial Disclosures and [Proposed] Order**

**Synergy Tech & Design, Inc. v. Terry**
**C06-02073 JSW**

1

2     **IT IS HEREBY STIPULATED** by and between Plaintiffs Synergy Tech & Design, Inc.

3   ("Plaintiffs") and Defendants Jim Terry, Sandy Terry, Jim Meekins, Sandy Meekins, and JD

4   Distributing dba Road Armor USA ("Defendants"), subject to the approval of the Court, that the

5   Rule 26 Initial Disclosures in this matter, presently set for July 21, 2006, be continued to August

6   11, 2006.

7     This Stipulation and [Proposed] Order for Extension is being filed pursuant to the Court's

8   Order setting the Initial Case Management Settlement Conference, which requires that

9

10  stipulations and applications for continuances be submitted as soon possible after consulting

11  opposing parties.

12    The Exchange of Initial Disclosures has not been previously continued.

13

14

15    **GROUNDS FOR STIPULATION:**

16    The parties have been tasked with drafting the Case Management Statement and

17  Defendants' counsel has recently returned from traveling abroad.

      DATED this 21st day of July, 2006.

18

19

20                                          Respectfully submitted,

                                            SEED IP Law Group PLLC
21

22

23                                          /s/ Inge Larish (as authorized on July 21, 2006)____
                                            Inge Larish, WSBA No. 34,954
24                                          Kevin S. Costanza, WSBA No. 25,153
                                            Timothy L. Boller, WSBA No. 29,079
25                                          701 Fifth Avenue, Suite 6300
                                            Seattle, Washington 98104-7092
26                                          Telephone:  (206) 622-4900

27                                          Attorneys for Plaintiff
                                            Synergy Tech & Design, Inc.

**Stipulation for Extension of the Exchange of Initial Disclosures and [Proposed] Order**

**Synergy Tech & Design, Inc. v. Terry**
**C06-02073 JSW**

1

2

Sedgwick, Detert, Moran & Arnold LLP

3

/s/ James Yuanxin Li_____

4
James Yuanxin Li
One Market Plaza
Steuart Tower, 8th Floor

5
San Francisco, CA 94105
Telephone: (415) 781-7900

6

7
Attorneys for Defendants
Jim Meekins, Dixie Meekins, and

8
JD Distributing dba Road Armor USA

9

10
Richardson Intellectual Property Law, P.C.

11

/s/ Dan Richardson (as authorized on July 21, 2006)

12
Dan Richardson, Esq.
870 Market Street, Suite 615

13
San Francisco, CA 94102
Telephone: (415) 291-8900

14

15
Attorneys for Defendants Jim Terry and Sandy
Terry and Counterclaimants Jim Terry, Sandy

16
Terry, Jim Meekins, Dixie Meekins, and JD
Distributing, Inc.

17

18

19

20

21

22

23

24

25

26

27

**Stipulation for Extension of the Exchange of Initial Disclosures and [Proposed] Order**

**Synergy Tech & Design, Inc. v. Terry**
**C06-02073 JSW**

1

## ORDER CONTINUING DATE FOR INITIAL DISCLOSURES

2

Good cause appearing, the date for the Rule 26 Initial Disclosures currently scheduled for

3

July 21, 2006 is continued to August 11, 2006.

4

Dated:  July 24, 2006

5

_____

6

Jeffrey S. White
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**Stipulation for Extension of the Exchange of Initial Disclosures and [~~Proposed~~] Order**

**Synergy Tech & Design, Inc. v. Terry**
**C06-02073 JSW**