**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNERGY TECH & DESIGN INC. d/b/a
ROAD ARMOR,

    Plaintiff,

v.

JIM TERRY, SANDY TERRY, JIM
MEEKINS, DIXIE MEEKINS, JD
DISTRIBUTING, and ROAD ARMOR USA,

    Defendants.
_____/

No. C 06-02073 JSW

**ORDER RE DISCOVERY DISPUTE**

The Court has received Plaintiff's letter brief filed November 27, 2006 regarding Defendants-Counterclaimants Jim and Sandy Terry's responses to Plaintiff's Requests for Documents, Set One. In their responses to each and every documents request, the Terrys indicate that a representative of Plaintiff trespassed on their property and removed all potentially responsive documents contained therein. According to Plaintiff's version of events, counsel for the Terrys has indicated some responsive documents may actually now be available.

The Court hereby ORDERS that the Terrys shall respond to Plaintiff's outstanding documents requests with all responsive documents currently in their possession or control by no later than December 5, 2006 at 4:00 p.m. To the extent the Terrys currently do not have in their possession or control any responsive documents to any particular documents request, the Terrys are ordered to produce a declaration under penalty of perjury detailing the specific efforts made to locate responsive documents and that they have produced all documents they have located.

*See, e.g., Fresenius Medical Care Holding Co. v. Baxter International, Inc.*, 224 F.R.D. 644, 652 (N.D. Cal. 2004).

Counsel are admonished that future failure to comply with this Court's Standing Order ¶ 7 to meet and confer in person and to submit a *joint* letter brief to resolve any requests for discovery relief shall result in sanctions.

**IT IS SO ORDERED.**

Dated:  November 28, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE