IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNERGY TECH & DESIGN INC. d/b/a
ROAD ARMOR,

    Plaintiff,

  v.

JIM TERRY, SANDY TERRY, JIM
MEEKINS, DIXIE MEEKINS, JD
DISTRIBUTING, and ROAD ARMOR USA,

    Defendants.
                                 /

No. C 06-02073 JSW

**ORDER RE DISPUTE OVER
PROTECTIVE ORDER**

      The Court has received the parties' joint letter filed on January 8, 2007 regarding their dispute over language in a proposed protective order. The Court hereby adopts the proposal of Defendants (attached as Exhibit 4). The Stipulated Protective Order shall not contain the exception regarding the product engineering drawings, specifications or data associated therewith.

      **IT IS SO ORDERED.**

Dated: January 9, 2007

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE