Charles H. Horn (State Bar No. 063362)
Stuart E. Jones (State Bar No. 104566)
Eric D. Sentlinger (State Bar No. 215380)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendants
JIM TERRY and SANDY TERRY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SYNERGY TECH & DESIGN, INC. d/b/a ROAD ARMOR, a Washington corporation | ) ) ) | Case No.: C06-02073 JSW |
| Plaintiff, | ) ) ) | **SUBSTITUTION OF ATTORNEYS AND ENTRY OF APPEARANCE AND ORDER THEREON** |
| v. | ) ) | |
| JIM TERRY, an individual, SANDY TERRY, an individual, ET AL. | ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

Defendants JIM TERRY and SANDY TERRY hereby substitute Wright, Robinson, Osthimer & Tatum as counsel for their defense of the Complaint in the above-captioned matter, in place of Daniel R. Richardson, Esq., of Richardson Intellectual Property Law, P.C., 870 Market Street, Suite 400, San Francisco CA 94102. Wright, Robinson, Osthimer & Tatum hereby enter their appearance on behalf of JIM TERRY and SANDY TERRY.

Daniel R. Richardson, Esq., will remain counsel of record for JIM TERRY and SANDY TERRY in their related cross-complaint.

1    Dated: 1/5/07             Respectfully submitted,

2                          WRIGHT, ROBINSON, OSTHIMER & TATUM

3

4                          By: _____

5                            STUART E. JONES
                            ERIC D. SENTLINGER

6                             Counsel for defendants
                            JIM TERRY and SANDY TERRY

7

8

9       We consent to the substitution of counsel as set forth above.

10    Dated: 1-11-07

11                        RICHARDSON INTELLECTUAL PROPERTY
                       LAW

12

13                          By: _____

14                            DANIEL R. RICHARDSON
                           Counsel for Cross-Complainants

15                            JIM TERRY and SANDY TERRY

16    Dated: 1-10-07

17                        By: _____
                           JIM TERRY

18

19    Dated: 1-10-07               By: _____
                           SANDY TERRY

20

21

22

23

24

25

26

27

28

2

1

Dated: 1/5/07

Respectfully submitted,

2

WRIGHT, ROBINSON, OSTHIMER & TATUM

3

4

By: _____

5

STUART E. JONES
ERIC D. SENTLINGER

6

Counsel for defendants
JIM TERRY and SANDY TERRY

7

8

We consent to the substitution of counsel as set forth above.

9

10

Dated: _____

RICHARDSON INTELLECTUAL PROPERTY
LAW

11

12

13

By: _____

14

DANIEL R. RICHARDSON
Counsel for Cross-Complainants
JIM TERRY and SANDY TERRY

15

16

Dated:_____

By: _____

17

TIM TERRY

18

19

Dated: _____

By: _____

SANDY TERRY

20

21

22

IT IS SO ORDERED

23

Judge Jeffrey S. White

24

25

January 12, 2006

26

27

28

2