IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNERGY TECH & DESIGN INC. d/b/a
ROAD ARMOR,

    Plaintiff,

  v.

JIM TERRY, SANDY TERRY, JIM
MEEKINS, DIXIE MEEKINS, JD
DISTRIBUTING, and ROAD ARMOR USA,

    Defendants.
_____/

No. C 06-02073 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISQUALIFY COUNSEL**

    This matter is set for a hearing on March 9, 2007 on Defendants Jim and Sandy Terry's motion to disqualify the Seed IP Law Group PLLC. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than February 9, 2007 and any reply brief shall be filed by no later than February 16, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: January 24, 2007

                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE