IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY TECH & DESIGN INC. d/b/a ROAD ARMOR,<br><br>      Plaintiff,<br><br>  v.<br><br>JIM TERRY, SANDY TERRY, JIM MEEKINS, DIXIE MEEKINS, JD DISTRIBUTING, and ROAD ARMOR USA,<br><br>      Defendant.<br>_____/ | No. C 06-02073 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS** |

      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON JANUARY 29, 2007 AT 1:30 P.M.:

      The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

      The Court **tentatively GRANTS** Plaintiff's emergency motion for entry of modified protective order.

The parties shall have 15 minutes to address the following questions:

1. Could an expert determine the similarity of Terry's prior drawings and the subject drawings? (Where are Terry's prior drawings?) Also, if an expert could review the drawings and determine their similarity, why would the potential non-disclosure of the subject drawings to Terry affect his ability to establish a defense?

2. Should the Court hold an evidentiary hearing and review the drawings in camera? Should the Court refer this exercise to a Magistrate Judge or a court-appointed expert?

3. Would a bond insure the compliance/non-theft of Plaintiff's alleged trade secret information? (*See In re Remington Arms Co.*, 952 F.2d 1029, 1033 (8th Cir. 1991).) If so, what amount would be appropriate?

4. Do the parties have anything further they wish to address?

**IT IS SO ORDERED.**

Dated: January 29, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE