**United States District Court**

For the Northern District of California

1

2

3

4

5    IN THE UNITED STATES DISTRICT COURT

6

7    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    SYNERGY TECH & DESIGN INC. d/b/a
     ROAD ARMOR,
9                                                    No. C 06-02073 JSW

              Plaintiff,
10

11       v.                                          **ORDER SETTING BRIEFING AND
                                                     HEARING SCHEDULE ON
12   JIM TERRY, SANDY TERRY, JIM                     OUTSTANDING MOTIONS**
     MEEKINS, DIXIE MEEKINS, JD
     DISTRIBUTING, and ROAD ARMOR USA,
13

14            Defendants.
     _____/
15

16            This matter is set for a hearing on March 9, 2007 on Defendants Jim and Sandy Terry's

17   motion to disqualify the Seed IP Law Group PLLC.   The Court has ordered that any opposition

18   to the motion shall be filed by no later than February 9, 2007 and any reply brief shall be filed

     by no later than February 16, 2007.
19

20            This matter is also set for a hearing on March 23, 2007 on Plaintiff Synergy Tech &

21   Design, Inc.'s motion for sanctions to enforce the Court's order re discovery dispute.  The Court

22   HEREBY ORDERS that any opposition to the motion shall be filed by no later February 16,

23   2007 and any reply brief shall be filed no later than March 2, 2007.

24            This matter is also set for a hearing on March 30, 2007 on Plaintiff Synergy Tech &

25   Design, Inc.'s motion for leave to file an amended complaint.  The Court HEREBY ORDERS

     that any opposition to the motion shall be filed by no later February 16, 2007 and any reply
26

27   brief shall be filed no later than March 2, 2007.

28            Lastly, all three motions shall be heard on March 30, 2007 at 9:00 a.m.  The hearing

     dates of March 9, 2007 and March 23, 2007 are HEREBY VACATED.

1    If the Court determines that any of the pending matters is suitable for resolution without

2    oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to

3    modify this schedule, they may submit for the Court's consideration a stipulation and proposed

4    order demonstrating good cause for any modification requested.

5

6    **IT IS SO ORDERED.**

7    Dated:  January 29, 2007

8                                                          JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2