IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA AT SAN FRANCISCO

| | |
|---|---|
| SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIM TERRY, an individual, SANDY TERRY, an individual, JIM MEEKINS, an individual, DIXIE MEEKINS, an individual, JD DISTRIBUTING, a California corporation, and ROAD ARMOR USA, a California partnership,<br><br>Defendants. | Civil Action No. C 06-02073 JSW<br><br>[PROPOSED] ORDER REGARDING PRODUCT ENGINEERING DRAWINGS AND DATA AND AMENDMENT TO PROTECTIVE ORDER |

The Court having considered the Motion by Plaintiff Synergy Tech & Design, Inc. d/b/a Road Armor ("Road Armor") for a Protective Order and the parties' oral argument heard on January 29, 2007, hereby finds and concludes as follows:

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and that counsel for the parties shall not disclose product engineering drawings, data, or specifications designated "Highly Confidential – Attorneys' Eyes Only" to any party, with the obvious exception for the party itself designating and producing the documents (Designating Party) and independent

1

experts duly qualified per the Protective Order referenced on January 9, 2007, in this matter. The Court further orders the substitution of the following language for Section 7.3(e) of the Protective Order referenced in this Court's January 9, 2007, Order:

7.3 (e): the author of the document, the original source of the information, or recipient(s) expressly named by the author or original source in (1) the document or (2) a contemporaneously accompanying document (e.g., a cover letter). This exception under Section 7.3(e) shall not apply to product engineering drawings, data, or specifications, and the designation "Highly Confidential – Attorneys' Eyes Only" shall apply to exclude any of the parties, including authors, except Designating Parties or except by written permission from Designating Parties.

The parties shall consider the modified Protective Order hereby so entered.

**IT IS SO ORDERED.**

Dated: February 1, 2007

_____
JEFFREY S. WHITE
United States District Judge

893308_1.DOC

2