Inge Larish Esq. (WSBA No. 34,954) (Admitted *Pro Hac Vice*)
IngeL@SeedIP.com
Kevin S. Costanza, Esq. (WSBA No. 25,153) (Admitted *Pro Hac Vice*)
KevinC@SeedIP.com
SEED IP LAW GROUP PLLC
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-49040
Facsimile: (206) 682-6031

Lawrence J. Siskind, Esq. (SBN: 85628)
siskind@harveysiskind.com
Raffi V. Zerounian, Esq. (SBN: 236388)
rzerounian@harveysiskind.com
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Fax: (415) 391-7124

Attorneys for Plaintiff
SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIM TERRY, an individual, SANDY TERRY, an individual, JIM MEEKINS, an individual, DIXIE MEEKINS, an individual, JD DISTRIBUTING, a California corporation, and ROAD ARMOR USA, a California partnership,<br><br>Defendants. | Case No: C06 02073 (JSW)<br><br>**STIPULATION TO EXTEND DISCOVERY DATES AND ORDER THEREON** |

Per this Court's January 29, 2007 Order, Plaintiff Synergy Tech & Design, Inc. ("Plaintiff") and Defendants/Counterclaimants Jim Terry, Sandy Terry, Jim Meekins, Sandy Meekins, and JD Distributing ("Defendants") hereby file their stipulation to extend discovery

dates. These dates require additional extension of this Court's pretrial and trial date. The dates are as follows, with dates adjusted to the Court's published hearing schedule:

|  | Current Date | ~~Proposed~~ Extended Date | |
|---|---|---|---|
| Jury Trial | 10/22/07 | ~~12/03/07~~ | 1/7/08 |
| Pretrial Conference | 10/01/07 | ~~11/19/07~~ | 12/3/07 |
| Motions Hearing Date for Dispositive Motions | 8/17/07 | 10/19/07 | |
| Last Day to File Dispositive Motions | 7/13/07 | 9/14/07 | |
| Last Day for Expert Discovery | 5/14/07 | 8/10/07 | |
| Close of Non-expert Discovery | 3/12/07 | 6/15/07 | |
| Counsel's Certification of Supplementation of Rule 26(a) Disclosures | 2/12/07 | 5/15/07 | |
| Deadline for Conducting ADR | 3/12/07 | 6/15/07 | |

Respectfully submitted,

**SEED IP Law Group** PLLC

2/2/07
Date

Inge Larish, WSBA No. 34,954
Kevin S. Costanza, WSBA No. 25,153
Timothy L. Boller, WSBA No. 29,079
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Telephone: (206) 622-4900

Attorneys for Plaintiff
SYNERGY TECH & DESIGN, INC.

STIPULATION TO EXTEND DISCOVERY DATES 2

|   |   |
|---|---|
| _____<br>Date | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br><br>_____<br>James Yuanxin Li, CSBA No. 135128<br>One Market Plaza<br>Steuart Street Tower, 8th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 781-7900<br><br>Attorneys for Defendants<br>JIM MEEKINS, DIXIE MEEKINS, and<br>JD DISTRIBUTING |
| 2-2-07<br>Date | WRIGHT, ROBINSON, OSTHIMER & TATUM<br><br>/s/ Stuart Jones<br>Stuart E. Jones, CSBA No. 104566<br>44 Montgomery Street, 18th Floor<br>San Francisco, CA 94104-4705<br>Telephone: (415) 391-7111<br><br>Attorneys for Defendants<br>JIM TERRY AND SANDY TERRY |

|  |  |
|---|---|
|  | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2/2/2007 | /s/ |
| Date | James Yuanxin Li, CSBA No. 135128 |
|  | One Market Plaza |
|  | Steuart Street Tower, 8th Floor |
|  | San Francisco, CA 94105 |
|  | Telephone: (415) 781-7900 |
|  |  |
|  | Attorneys for Defendants |
|  | JIM MEEKINS, DIXIE MEEKINS, and |
|  | JD DISTRIBUTING |

WRIGHT, ROBINSON, OSTHIMER & TATUM

_____
Date

Stuart E. Jones, CSBA No. 104566
44 Montgomery Street, 18th Floor
San Francisco, CA 94104-4705
Telephone: (415) 391-7111

Attorneys for Defendants
JIM TERRY AND SANDY TERRY

Dated: February 5, 2007

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Jeffrey S. White]*

STIPULATION TO EXTEND DISCOVERY DATES                                    3