Inge Larish Esq. (WSBA No. 34,954) (Admitted *Pro Hac Vice*)
IngeL@SeedIP.com
Kevin S. Costanza, Esq. (WSBA No. 25,153) (Admitted *Pro Hac Vice*)
KevinC@SeedIP.com
SEED IP LAW GROUP PLLC
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-49040
Facsimile: (206) 682-6031

Lawrence J. Siskind, Esq. (SBN: 85628)
siskind@harveysiskind.com
Raffi V. Zerounian, Esq. (SBN: 236388)
rzerounian@harveysiskind.com
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Fax: (415) 391-7124

Attorneys for Plaintiff
SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIM TERRY, an individual, SANDY TERRY, an individual, JIM MEEKINS, an individual, DIXIE MEEKINS, an individual, JD DISTRIBUTING, a California corporation, and ROAD ARMOR USA, a California partnership,<br><br>Defendants. | Case No: C06 02073 (JSW)<br><br>[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF'S OPPOSITION TO DEFENDANT TERRYS' MOTION TO DISQUALIFY |

The Court has reviewed the parties' dispute regarding Plaintiff's request for extension of time to oppose to Defendant Terrys' Motion to Disqualify. Good cause exists to permit Plaintiff time to find and secure an ethics expert and other declarations from non-parties.

IT IS HEREBY ORDERED that Plaintiff be permitted to file its Opposition by February 23, 2007; and Defendants Terry be permitted to reply by March 2, 2007.

_____
Jeffrey S White
Judge of the United States District Court

ORDER RE DISPUTE FOR EXTENSION TO FILE OPPOSITION TO MOTION TO DISQUALIFY    2