IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY TECH & DESIGN INC. d/b/a ROAD ARMOR,<br><br>        Plaintiff,<br><br>    v.<br><br>JIM TERRY, SANDY TERRY, JIM MEEKINS, DIXIE MEEKINS, JD DISTRIBUTING, and ROAD ARMOR USA,<br><br>        Defendants.<br>_____/ | No. C 06-02073 JSW<br><br>**ORDER PARTIALLY GRANTING REQUEST TO MODIFY BRIEFING SCHEDULE** |

In an order dated January 29, 2007, the Court set a briefing schedule on the pending matters. The order indicated that if the parties wished to modify this schedule, they could submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested. On February 6, 2007, the Court received a stipulated request to extend the briefing schedule "to permit adequate time for the Parties' oppositions and replies." (Stipulation at 2.) On February 7, 2007, the Court issued an order denying the stipulation because it did not find the request demonstrated good cause, and further, considering the nature of the pending motions, the Court did not find an extension of time was warranted.

On the evening of February 8, 2007, this Court again received a request from Plaintiffs to extend the deadline to oppose the motion to disqualify counsel, which had been due on February 9, 2007, based on ongoing efforts related to their securing of an expert. Because the Court found that Plaintiffs, although severely late, had demonstrated good cause, the Court granted a brief extension of time.

Now again on the end of the day on February 15, 2007, the day before Defendants' oppositions to the motions to amend and for sanctions are due, Defendants request a four-week extension of time to file their oppositions. Because the Court is entirely unclear as to why the ongoing discovery of new materials bears on the issue of Plaintiff's motion to amend, the Court DENIES Defendants' request to extend the deadline for their opposition to Plaintiff's motion to amend for lack of good cause shown. The deadline remains February 16, 2007 and Plaintiff's reply is due March 2, 2007.

Because there is some ostensible connection between the current discovery issues and the pending motion for sanctions, the Court is inclined to grant a brief extension of time in order to insure that it will receive papers that may be helpful in resolving that motion. The Court HEREBY GRANTS an extension of time to February 26, 2007 for Defendants' opposition to the motion for sanctions. Plaintiff may have until March 12, 2007 to file its reply. This will be the FINAL extension of time on the outstanding motions.

Finally, the proposed order modifying the stipulated protective order granted by the Court on February 1, 2007 indicated that the parties considered the modified stipulated protective order so entered as of that date. However, should the parties wish to have the Court execute a protective order as modified by the Court's order dated February 1, 2007, the parties may re-submit an amended stipulated protective order for the Court's consideration.

**IT IS SO ORDERED.**

Dated: February 16, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2