**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SYNERGY TECH & DESIGN INC. d/b/a
ROAD ARMOR,

10                                                          No. C 06-02073 JSW

                Plaintiff,

11

12   v.                                        **ORDER DENYING MOTION TO
                                                 STRIKE AND MOTION FOR ORDER**
     JIM TERRY, SANDY TERRY, JIM                **SHORTENING TIME**
13   MEEKINS, DIXIE MEEKINS, JD
     DISTRIBUTING, and ROAD ARMOR USA,

14

15                Defendants.
     _____/

16

17        The Court has received Plaintiff's motion to strike the declarations of Paul W. Vapnek

18   and the supplemental declaration of Jim Terry in support of Defendants' motion to disqualify

19   the Seed IP Law Group.  The Court has also received Defendants' submissions related thereto.

20        The Court hereby DENIES the motion to strike.  Instead, the Court will allow Plaintiff

21   to submit a sur-reply on the motion to disqualify by no later than March 30, 2007, not to exceed

22   ten pages.  The sur-reply (and any associated declarations) should be strictly limited in

23   substance to the materials and evidence proffered in Defendants' reply submissions.  Plaintiff's

24   motion for an order shortening time to hear the motion to strike is DENIED as moot.

25        In addition, in order to permit the Court sufficient time to review the additional materials

26   submitted, the hearing on Defendants' motion to disqualify counsel, as well as Plaintiff's

27   ////

28   ////

1    motions for discovery sanctions and for leave to file an amended complaint, is HEREBY

2    RESET to April 13, 2007 at 9:00 a.m.

3

4        **IT IS SO ORDERED.**

5

6    Dated:  March 23, 2007

7                                                                    JEFFREY S. WHITE
                                                                     UNITED STATES DISTRICT JUDGE

8

**United States District Court**
For the Northern District of California

2