Inge Larish Esq. (WSBA No. 34,954) (Admitted *Pro Hac Vice*)
IngeL@SeedIP.com
Kevin S. Costanza, Esq. (WSBA No. 25153) (Admitted *Pro Hac Vice*)
KevinC@SeedIP.com
SEED IP LAW GROUP PLLC
701 Fifth Avenue, Suite 6300
Seattle, WA 98104-7092
Telephone: (206) 622-49040
Facsimile: (206) 682-6031

LAWRENCE J. SISKIND (State Bar No. 85628)
siskind@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Tel: (415) 354-0100
Fax: (415) 391-7124

Attorneys for Plaintiff/Counterdefendant
SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIM TERRY, an individual, SANDY TERRY, an individual, JIM MEEKINS, an individual, DIXIE MEEKINS, an individual, JD DISTRIBUTING, a California corporation, and ROAD ARMOR USA, a California partnership,<br><br>Defendants. | Case No: C06 02073 (JSW)<br><br>[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR |

Plaintiff Synergy Tech & Design, Inc. d/b/a Road Armor seeks to substitutes as its counsel in the above-captioned action the law firm of Harvey Siskind LLP, with offices at Four Embarcadero Center, 39th Floor, San Francisco, California 94111, telephone number (415) 354-0100, facsimile (415) 391-7124, in place and instead of Meyers, Nave, Riback, Silver & Wilson, with offices at 555 12th Street, Suite 1500, Oakland, CA 94607.

Having considered the Notice of Substitution of Counsel for Synergy Tech & Design, Inc. d/b/a Road Armor, and finding good cause therefore, IT IS HEREBY ORDERED that the law firm of Harvey Siskind LLP is substituted as counsel in place and instead of Meyers, Nave, Riback, Silver & Wilson.

Dated: <u>March 27</u>, 2007

_____
The Honorable Jeffrey S. White
United States District Judge