UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIM TERRY, an individual, SANDY TERRY, an individual, JIM MEEKINS, an individual, DIXIE MEEKINS, an individual, JD DISTRIBUTING, a California corporation, and ROAD ARMOR USA, a California partnership,<br><br>Defendants. | Case No.: C06 02073 (JSW)<br><br>**JOINT REQUEST FOR A TWO WEEK STAY OF ALL DATES AND DEADLINES**<br><br>Hearing Date: March 9, 2007<br>Time: 9:00 a.m.<br>Courtroom: 2 (17th Floor) |

The parties have entered into two tentative settlement agreements that will resolve all claims relating to this action. In order to facilitate the settlement and to allow the parties time to draft the closing papers, the parties jointly request that the Court enter an order staying all dates and deadlines for a period of two weeks.

**STIPULATION AND REQUEST FOR A TWO-WEEK STAY**

IT IS HEREBY STIPULATED by the parties herein by and through their respective counsel that the Court shall enter a two-week stay of all dates and deadlines that are currently pending in this action so that counsel can prepare and finalize settlement agreements and a stipulation for an order dismissing this matter with prejudice.

| | | |
|---|---|---|
| 1 | DATED: May _11_, 2007 | SEED IP LAW GROUP, PLLC |
| 2 | | By: _____ |
| 3 | | INGE LARISH |
| 4 | | KEVIN SAMUEL COSTANZA<br>TIMOTHY L. BOLLER |
| 5 | | Attorneys For Plaintiff SYNERGY TECH & DESIGN, INC. |
| 6 | | |
| 7 | | |
| 8 | DATED: May ___, 2007 | HARVEY & SISKIND LLP |
| 9 | | |
| 10 | | By: _____ |
| 11 | | LAWRENCE J. SISKIND |
| 12 | | Attorneys For Plaintiff SYNERGY TECH & DESIGN, INC. |
| 13 | | |
| 14 | DATED: May ___, 2007 | SEDGWICK, DETERT, ET AL. |
| 15 | | |
| 16 | | By: _____ |
| 17 | | JAMES YUANXIN LI |
| 18 | | Attorneys for Defendants JD DISTRIBUTING JAMES MEEKINS and DIXIE MEEKINS |
| 19 | | |
| 20 | | |
| 21 | DATED: May 10, 2007 | WRIGHT, ROBINSON, OSTHIMER & TATUM |
| 22 | | |
| 23 | | By: _____ |
| 24 | | CHARLES H. HORN |
| 25 | | STUART E. JONES<br>MICHELLE YOSHIDA |
| 26 | | Attorneys For Defendants<br>JIM TERRY and SANDY TERRY |
| 27 | | |
| 28 | | |

JOINT REQUEST FOR A TWO WEEK STAY OF ALL DATES AND DEADLINES

| | | |
|---|---|---|
| 1 | DATED: May ___, 2007 | SEED IP LAW GROUP, PLLC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | INGE LARISH<br>KEVIN SAMUEL COSTANZA<br>TIMOTHY L. BOLLER |
| 5 | | Attorneys For Plaintiff SYNERGY TECH & DESIGN, INC. |
| 6 | | |
| 7 | | |
| 8 | DATED: May _11_, 2007 | HARVEY & SISKIND LLP |
| 9 | | |
| 10 | | By: _/s/ Lawrence J. Siskind_ |
| 11 | | LAWRENCE J. SISKIND<br>Attorneys For Plaintiff SYNERGY TECH & DESIGN, INC. |
| 12 | | |
| 13 | | |
| 14 | DATED: May ___, 2007 | SEDGWICK, DETERT, ET AL. |
| 15 | | |
| 16 | | By: _____ |
| 17 | | JAMES YUANXIN LI<br>Attorneys for Defendants JD |
| 18 | | DISTRIBUTING JAMES MEEKINS and DIXIE MEEKINS |
| 19 | | |
| 20 | | |
| 21 | DATED: May 10, 2007 | WRIGHT, ROBINSON, OSTHIMER & TATUM |
| 22 | | |
| 23 | | By: _/s/ Stuart Jones_ |
| 24 | | CHARLES H. HORN<br>STUART E. JONES<br>MICHELLE YOSHIDA |
| 25 | | Attorneys For Defendants<br>JIM TERRY and SANDY TERRY |
| 26 | | |
| 27 | | |
| 28 | | |

2
JOINT REQUEST FOR A TWO WEEK STAY OF ALL DATES AND DEADLINES

| | | |
|---|---|---|
| 1 | DATED: May ___, 2007 | SEED IP LAW GROUP, PLLC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | INGE LARISH |
| | | KEVIN SAMUEL COSTANZA |
| 5 | | TIMOTHY L. BOLLER |
| | | Attorneys For Plaintiff SYNERGY TECH & DESIGN, INC. |

| | | |
|---|---|---|
| 8 | DATED: May ___, 2007 | HARVEY & SISKIND LLP |
| 10 | | By: _____ |
| 11 | | LAWRENCE J. SISKIND |
| | | Attorneys For Plaintiff SYNERGY TECH & DESIGN, INC. |

| | | |
|---|---|---|
| 14 | DATED: May 11, 2007 | SEDGWICK, DETERT, ET AL. |
| 16 | | By: _____/s/_____ |
| 17 | | JAMES YUANXIN LI |
| | | Attorneys for Defendants JD DISTRIBUTING JAMES MEEKINS and DIXIE MEEKINS |

| | | |
|---|---|---|
| 21 | DATED: May 10, 2007 | WRIGHT, ROBINSON, OSTHIMER & TATUM |
| 23 | | By: _____/s/_____ |
| | | CHARLES H. HORN |
| | | STUART E. JONES |
| | | MICHELLE YOSHIDA |
| | | Attorneys For Defendants |
| | | JIM TERRY and SANDY TERRY |

## ORDER

IT IS HEREBY ORDERED that all dates and deadlines in this matter are hereby stayed for two weeks.

Dated: May 11, 2007

_____
Honorable Jeffery White
Judge of the United States District
Northern District of California