MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
REBECCA P. FREIE, State Bar No. 072253
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155
rfreie@cde.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHANG, by and through her parents, NORMAN AND LINA CHANG,, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA SCHOOL FOR THE DEAF, CALIFORNIA DEPARTMENT OF EDUCATION, and FREMONT UNIFIED SCHOOL DISTRICT, <br><br> Defendants. | Case No.C06-02337 JSW <br><br> REQUEST, STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENDING TIME FOR BRIEFING MOTIONS AND CROSS-MOTIONS FOR SUMMARY JUDGMENT, RESPONSIVE PLEADINGS, AND HEARING THE MOTIONS |

Counsel for plaintiffs, defendants, California School for the Deaf and California Department of Education (State defendants), and Fremont Unified School District (FUSD) hereby stipulate and respectfully request that this court extend time for all parties to file motions and cross-motions for summary judgment, and responsive pleadings. The reason for this request is that the parties have embarked on settlement negotiations, and progress has been made. The next Settlement Conference with Magistrate Judge James will be held on May 30, 2007. All counsel agree that this litigation would best be served if they could concentrate on trying to resolve this case by settlement agreement, rather than researching and drafting motions and cross-motions for summary judgment. In addition, the

expert witness for the State defendants has been out of the country, and will not be available for deposition prior to the cut-off date for expert discovery, June 1, 2007, and plaintiffs' expert has been scheduled for deposition after the current date for the State defendants submitting their opening brief. If this matter cannot be resolved by settlement agreement, parties desire that the deposition testimony of these experts be available as they draft their respective motions.

The parties respectfully request that the court extend the current briefing schedule to dates commencing two weeks after the next Settlement Conference on May 30, 2007 with Magistrate Judge James, and order the following briefing schedule in lieu of that ordered on May 3, 2007:

June 13: Defendants FUSD and CSD/CDE's Motions for Summary Judgment Due.

June 27: Plaintiffs' Opposition to Defendants Motions for Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment Due.

July 11: Defendants' Opposition to Plaintiffs Cross Motion for Summary Judgment and Defendants' Reply in Support of Motions for Summary Judgment due.

July 25: Plaintiffs' Reply in Support of Cross Motion for Summary Judgment due.

The hearing date for these motions will also need to be continued. All counsel are available on the following dates: August 15, 2007 and August 17, 2007.

IT IS SO STIPULATED

Dated: May 22, 2007

_____
REBECCA FREIE
Deputy General Counsel

Attorneys for Defendants
California Department of Education and
California School for the Deaf, Fremont

Dated: May __, 2007

_____
WILLIAM KOSKI
Youth and Education Law Project

Attorney for Plaintiffs

expert witness for the State defendants has been out of the country, and will not be available for deposition prior to the cut-off date for expert discovery, June 1, 2007, and plaintiffs' expert has been scheduled for deposition after the current date for the State defendants submitting their opening brief. If this matter cannot be resolved by settlement agreement, parties desire that the deposition testimony of these experts be available as they draft their respective motions.

The parties respectfully request that the court extend the current briefing schedule to dates commencing two weeks after the next Settlement Conference on May 30, 2007 with Magistrate Judge James, and order the following briefing schedule in lieu of that ordered on May 3, 2007:

June 13: Defendants FUSD and CSD/CDE's Motions for Summary Judgment Due.

June 27: Plaintiffs' Opposition to Defendants Motions for Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment Due.

July 11: Defendants' Opposition to Plaintiffs Cross Motion for Summary Judgment and Defendants' Reply in Support of Motions for Summary Judgment due.

July 25: Plaintiffs' Reply in Support of Cross Motion for Summary Judgment due.

The hearing date for these motions will also need to be continued. All counsel are available on the following dates: August 15, 2007 and August 17, 2007.

IT IS SO STIPULATED


Dated: May __, 2007

_____
REBECCA FREIE
Deputy General Counsel

Attorneys for Defendants
California Department of Education and
California School for the Deaf, Fremont


Dated: May 22, 2007

_____
WILLIAM KOSKI
Youth and Education Law Project

Attorney for Plaintiffs

Dated: May 22, 2007

DONALD A. VELEZ
Miller Brown Dannis

Attorneys for Defendant
Fremont Unified School District

## [PROPOSED] ORDER

Good cause being shown, the following schedule for dispositive motions in this ma ordered:

June 13: Defendants FUSD and CSD/CDE's Motions for Summary Judgment Due

June 27: Plaintiffs' Opposition to Defendants' Motions for Summary Judgment an Cross Motion for Summary Judgment Due

July 11: Defendants' Opposition to Plaintiffs' Cross Motion for Summary Judgme Defendants' Reply in Support of Summary Judgment Motions Due

July 25: Plaintiffs' Reply in Support of Cross Motion for Summary Judgment Due

August 17, 2007 ___.m.: Hearing   9:00 a.m.

SO ORDERED.

DATED: May 24, 2007   By: *Jeffrey S White*
JEFFREY S WHITE
U.S. District Judge