UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIM TERRY, an individual, SANDY TERRY, an individual, JIM MEEKINS, an individual, DIXIE MEEKINS, an individual, JD DISTRIBUTING, a California corporation, and ROAD ARMOR USA, a California partnership,<br><br>Defendants. | Case No.: C06 02073 (JSW)<br><br>**JOINT REQUEST FOR A TWO WEEK STAY OF ALL DATES AND DEADLINES** |

The parties have entered into two tentative settlement agreements that will resolve all claims relating to this action. The parties also entered into a stipulation for a two-week stay of all dates and deadlines in order to prepare and circulate the dismissal and settlement agreements. Preparation of the settlement agreements has taken longer than anticipated due to the complex nature of the disputes and the language that is necessary to allow all parties to continue with their business operations without infringing upon the rights of others. In order to facilitate the settlement and to allow the parties time to draft the closing papers, the parties jointly request that the Court enter a second order staying all dates and deadlines for a period of two weeks.

1

## STIPULATION AND REQUEST FOR A TWO-WEEK STAY

IT IS HEREBY STIPULATED by the parties herein by and through their respective counsel that the Court shall enter a second two-week stay of all dates and deadlines that are currently pending in this action so that counsel can prepare and finalize settlement agreements and a stipulation for an order dismissing this matter with prejudice.

DATED: May ___, 2007            SEED IP LAW GROUP, PLLC


By: _____
      INGE LARISH
      KEVIN SAMUEL COSTANZA
      TIMOTHY L. BOLLER
      Attorneys For Plaintiff SYNERGY TECH &
      DESIGN, INC.

DATED: May ___, 2007            HARVEY & SISKIND LLP


By: _____
      LAWRENCE J. SISKIND
      Attorneys For Plaintiff SYNERGY TECH &
      DESIGN, INC.

DATED: May ___, 2007            SEDGWICK, DETERT, ET AL.


                     /s/ James Yuanxin Li
By: _____
      JAMES YUANXIN LI
      Attorneys for Defendants JD
      DISTRIBUTING JAMES MEEKINS and
      DIXIE MEEKINS

DATED: May 24, 2007            WRIGHT, ROBINSON, OSTHIMER & TATUM


By: _____
      CHARLES H. HORN
      STUART E. JONES
      MICHELLE YOSHIDA
      Attorneys For Defendants
      JIM TERRY and SANDY TERRY

STImULATION AND REQUEST FOR A TWO-WEEK STAY

IT IS HEREBY STIPULATED by the parties herein by and through their respective counsel that the Court shall enter a second two-week stay of all dates and deadlines that are currently pending in this action so that counsel can prepare and finalize settlement agreements and a stipulation for an order dismissing this matter with prejudice.

DATED: May 24, 2007    SEED IP LAW GROUP, PLLC

By: _____
   INGE L. ARISH
   KEVIN SAMUEL COSTANZA
   TIMOTHY L. BOLLER
   Attorneys For Plaintiff SYNERGY TECH &
   DESIGN, INC.

DATED: May ___, 2007    HARVEY & SISKIND LLP

By: _____
   LAWRENCE J. SISKIND
   Attorneys For Plaintiff SYNERGY TECH &
   DESIGN, INC.

DATED: May ___, 2007    SEDGWICK, DETERT, ET AL.

By: _____
   JAMES YUANXIN LI
   Attorneys for Defendants JD
   DISTRIBUTING JAMES MEEKINS and
   DIXIE MEEKINS

DATED: May 10, 2007    WRIGHT, ROBINSON, OSTHIMER & TATUM

By: _____
   CHARLES H. HORN
   STUART E. JONES
   MICHELLE YOSHIDA
   Attorneys For Defendants
   JIM TERRY and SANDY TERRY

2

## STIPULATION AND REQUEST FOR A TWO-WEEK STAY

IT IS HEREBY STIPULATED by the parties herein by and through their respective
counsel that the Court shall enter a second two-week stay of all dates and deadlines that are
currently pending in this action so that counsel can prepare and finalize settlement agreements
and a stipulation for an order dismissing this matter with prejudice.

DATED: May ___, 2007                    SEED IP LAW GROUP, PLLC


                                        By: _____
                                            INGE LARISH
                                            KEVIN SAMUEL COSTANZA
                                            TIMOTHY L. BOLLER
                                            Attorneys For Plaintiff SYNERGY TECH &
                                            DESIGN, INC.

DATED: May 24, 2007                     HARVEY & SISKIND LLP


                                        By: _____
                                            LAWRENCE J. SISKIND
                                            Attorneys For Plaintiff SYNERGY TECH &
                                            DESIGN, INC.

DATED: May ___, 2007                    SEDGWICK, DETERT, ET AL.


                                        By: _____
                                            JAMES YUANXIN LI
                                            Attorneys for Defendants JD
                                            DISTRIBUTING JAMES MEEKINS and
                                            DIXIE MEEKINS

DATED: May 24, 2007                     WRIGHT, ROBINSON, OSTHIMER & TATUM


                                        By: _____
                                            CHARLES H. HORN
                                            STUART E. JONES
                                            MICHELLE YOSHIDA
                                            Attorneys For Defendants
                                            JIM TERRY and SANDY TERRY

2

JOINT REQUEST FOR A TWO WEEK STAY OF ALL DATES AND DEADLINES

## <u>ORDER</u>

IT IS HEREBY ORDERED that all dates and deadlines in this matter are hereby stayed for two weeks.

Dated: May 25, 2007

_____
Honorable Jeffery White
Judge of the United States District
Northern District of California

3