| | |
|---|---|
| 1 | Inge Larish Esq. (WSBA No. 34,954) (Admitted *Pro Hac Vice*) |
|   | IngeL@SeedIP.com |
| 2 | Kevin S. Costanza, Esq. (WSBA No. 25153) (Admitted *Pro Hac Vice*) |
|   | KevinC@SeedIP.com |
| 3 | SEED IP LAW GROUP PLLC |
|   | 701 Fifth Avenue, Suite 5400 |
| 4 | Seattle, WA 98104 |
|   | Telephone: (206) 622-4900 |
| 5 | Facsimile: (206) 682-6031 |
| 6 | Lawrence J. Siskind, Esq. (SBN: 85628) |
|   | siskind@harveysiskind.com |
| 7 | Raffi V. Zerounian, Esq. (SBN: 236388) |
|   | rzerounian@harveysiskind.com |
| 8 | HARVEY SISKIND LLP |
|   | 4 Embarcadero Center, 39th Floor |
| 9 | San Francisco, California 94111 |
|   | Telephone: (415) 354-0100 |
| 10 | Fax: (415) 391-7124 |
| 11 | Attorneys for Plaintiff |
|   | SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA AT SAN FRANCISCO

| | | |
|---|---|---|
| SYNERGY TECH & DESIGN INC d/b/a ROAD ARMOR, a Washington corporation, | ) ) ) | Civil Action No. C 06-02073 JSW |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS JIM MEEKINS, DIXIE MEEKINS AND JD DISTRIBUTING WITH PREJUDICE** |
| v. | ) ) | |
| JIM TERRY, an individual, SANDY TERRY, an individual, JIM MEEKINS, an individual, DIXIE MEEKINS, an individual, JD DISTRIBUTING, a California corporation, and ROAD ARMOR USA, a California partnership, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Synergy Tech & Design Inc d/b/a/ Road Armor ("Plaintiff") and Defendants Jim Meekins, Dixie Meekins and JD Distributing ("Defendants") have executed a Settlement Agreement resolving all claims between them in the present action and hereby stipulate and agree that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and subject to the

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS
JIM MEEKINS, DIXIE MEEKINS AND JD DISTRIBUTING WITH PREJUDICE - C06 02073 (JSW)

terms and conditions of said Settlement Agreement, Defendants and all Claims against them are hereby dismissed from this action with prejudice, all rights of appeal having been waived, and Plaintiff and Defendants bearing their own respective costs and attorneys' fees.

**STIPULATED AND AGREED TO BY:**

SEED IP LAW GROUP PLLC

7/24/07
Date

Inge Larish, WSBA No. 34,954
Kevin S. Costanza, WSBA 25,153
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Telephone: (206) 622-4900

Lawrence J. Siskind (SBN: 85628)
Raffi V. Zerounian (SBN: 236388)
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100

Attorneys for Plaintiff Synergy Tech & Design, Inc.

SEDGWICK DETERT MORAN & ARNOLD

6/18/07
Date

James Yuanxin Li
One Market Plaza
Steuart Street Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Fax: (415) 781-2635

Attorneys for Defendants Jim Meekins, Dixie Meekins, and JD Distributing d/b/a Road Armor USA

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS
JIM MEEKINS, DIXIE MEEKINS AND JD DISTRIBUTING WITH PREJUDICE - C06 02073 (JSW)

2

## **ORDER**

IT IS SO ORDERED this __25th__ day of __July_____, 2007.

_____
The Honorable Jeffrey S. White
Judge of the United States District Court

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS
JIM MEEKINS, DIXIE MEEKINS AND JD DISTRIBUTING WITH PREJUDICE - C06 02073 (JSW)

3